# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:15-cr-00286-LDG-VCF |
| vs. | **ORDER** |
| ANDRE JACKSON, | |
| Defendant. | |

Before the court is Defendant Andre Jackson's counsel's Motion to Withdraw as Attorneys of Record (#60).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Andre Jackson's counsel's Motion to Withdraw as Attorneys of Record (#60) is scheduled for 1:00 p.m., January 26, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Andre Jackson must attend in person at the hearing scheduled for 1:00 p.m., January 26, 2016.

DATED this 31st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE